# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| MICAH WINSLOW,<br><br>     Plaintiff,<br><br>     vs.<br><br>NEW HAMPSHIRE INSURANCE CO., CLAIMS MANAGEMENT, INC., NATIONAL UNION FIRE, DAMON MORRIS, and JOHN DOES 1-3,<br><br>     Defendants. | **CV-20-119-GF-BMM**<br><br><br>ORDER GRANTING THE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The parties having filed a stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own fees and costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 22 day of September 2021.


Brian Morris, Chief District Judge
United States District Court